148 So. 925

■

## Dock STUTTS v. STATE.
### 8 Div. 752.

Court of Appeals of Alabama.
June 6, 1933.

Raymond Murphy, of Florence, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

SAMFORD, Judge.

Defendant was indicted on a charge of selling certain cotton describing it by numbers and weights. The evidence for the state utterly failed to prove the charge as laid. The defendant was entitled to the general charge. For the error in refusing to give this charge as requested, the judgment is reversed, and the cause is remanded.

Reversed and remanded.